UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDERRAHIM BERRICHI,

                         Plaintiff,

                -v-

FERASS DELI CORP., d/b/a American Gourmet Food, et al.,

                         Defendants.

21 Civ. 241 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On March 18, 2021, defendants filed a motion to dismiss. Dkts. 20–22. On March 25, 2021, plaintiffs filed an Amended Complaint. Dkt. 24. Because that amendment moots the pending motion to dismiss the original complaint, the Court denies that motion without prejudice to any defendants' right to move to dismiss the Amended Complaint. The Clerk of Court is respectfully directed to terminate the motion pending at docket 20.

      SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: March 29, 2021
         New York, New York